Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
JAMES J. VILT, JR. - CLERK
MAR 03 2026
U.S. DISTRICT COURT
WEST... DIS... KENTUCKY

| | |
|---|---|
| Samuel J. Means | Case No. 3:26CV-153-JHM |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| -v- | |
| Louisville Metro Council District 17, Mayor Craig Greenberg, Councilman Markus Winkler, Councilman Anthony Piagentini, Next Step Developer, Berrytown Land Trust. | |
| *Defendant(s)* | |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Samuel Joseph Means. Direct Decendant of Alfred Berry |
| Street Address | 13708 Poplar Leaf Way Unit 301 |
| City and County | Louisville, Jefferson |
| State and Zip Code | Kentucky. 40223 |
| Telephone Number | 502-593-1185 |
| E-mail Address | samuelmeans29@yahoo.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Louisville Metro Council |
| Job or Title *(if known)* | City Council |
| Street Address | 601 West Jefferson Street |
| City and County | Louisville Jefferson |
| State and Zip Code | Kentucky 40202 |
| Telephone Number | 502-574-3902 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Craig Greenburg |
| Job or Title *(if known)* | Mayor |
| Street Address | 527 West Jefferson Street |
| City and County | Louisville Jefferson |
| State and Zip Code | Kentucky 40202 |
| Telephone Number | 502-574-3902 |
| E-mail Address *(if known)* | craig_greenberg@louisvilleky.gov |

**Defendant No. 3**

| | |
|---|---|
| Name | Markus Winkler |
| Job or Title *(if known)* | City Council President. District 17 |
| Street Address | 601 West Jefferson Street |
| City and County | Louisville Jefferson |
| State and Zip Code | Kentucky 40202 |
| Telephone Number | 502-574-3902 |
| E-mail Address *(if known)* | markus_winkler@louisvilleky.gov |

**Defendant No. 4**

| | |
|---|---|
| Name | Anthony Piagentini |
| Job or Title *(if known)* | City Councilman District 19 |
| Street Address | 601 West Jefferson Street |
| City and County | Louisville Jefferson |
| State and Zip Code | Kentucky 40202 |
| Telephone Number | 502-574-3902 |
| E-mail Address *(if known)* | anthony_piagentini@louisvilleky.gov |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Spatial Reclamation & Historically Black Neighborhoods
What Is Spatial Reclamation?

Spatial reclamation is the process by which a community — particularly one that has been historically displaced, dispossessed, or marginalized — reasserts physical, cultural, economic, and political control

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* Louisville Metro Government, is incorporated under the laws of the State of *(name)* Kentucky, and has its principal place of business in the State of *(name)* Kentucky.

Or is incorporated under the laws of *(foreign nation)* Kentucky, and has its principal place of business in *(name)* Kentucky Jefferson County.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Over $75,000 and closer to multi-millions of dollars. The building of Avoca Road Apartments and the planning of the new Development off English Station Road

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
Between Heafer Road and Avoca Road in Louisville, Kentucky, and English Station Road

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
in the year of 2016- Current Year

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Because of the building of the Avoca Road Apartments and the selling of the land on English Station Road this has denied myself and my fellow Neighborhood family and friends the rights to continue to live under the protection of the Spatial Reclaimation of being in a Historically Black Neighborhood which is what my Great Great Great Grandfather Alfred Berry wanted and intended when he Purchased the 5 Acres of Land from Samuel Nook as a Freedman, who had been denied these Privilages prior to forming Berrytown. Now the Land Voltures that have made Multiple attempts to do so in the past are doing just that without giving the people of the community an affordable chance to move back to the community with Apartments that are priced well above what the median household level for the residents can afford, And One Step development has won proposal without any known bidders to oppose or bid that are minority Owned and have a better understanding of the economic makeup of the Community. No original nor present Resident of the Berrytown Community can afford or even get qualified for a 325,000.00 Home Loan on a 1065 sqare foot home. This pricing and size is far outside of

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Because of the stress of seeing my Ancestors land being raided and stolen off. I don't sleep at night and live under the fear that I will never get the chance to show my Grandchildren, what has come from their heritage. And the Berry name risk being exiled from the History Books of America as well as Kentucky as one of the Oldest Black Townships known. Founded in 1874. Alson Councilman Anthony Piagentini verbally told me that he would fence in the graves that were on the Site where Avoca Road Apartments were built and mark them so that they could be seen, So I live with the anger and trauma of this not being done everyday I pass through Berrytown and my Sister's House who live directly across from where they should be. And also I have to relive seeing the name Avoca Road when I come through the neighborhood when as a Child growning up we would be harassed by Anchorage Police if we were seen anywhere on that street

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Because of the stress of seeing my Ancestors land being raided and stolen off. I don't sleep at night and live under the fear that I will never get the chance to show my Grandchildren, what has come from their heritage. And the Berry name risk being exiled from the History Books of America as well as Kentucky as one of the Oldest Black Townships known. Founded in 1874. Alson Councilman Anthony Piagentini verbally told me that he would fence in the graves that were on the Site where Avoca Road Apartments were built and mark them so that they could be seen, So I live with the anger and trauma of this not being done everyday I pass through Berrytown and my Sister's House who live directly across from where they should be. And also I have to relive seeing the name Avoca Road when I come through the neighborhood when as a Child growning up we would be harassed by Anchorage Police if we were seen anywhere on that street. I come asking the Courts to bring a halt to any further construction from anyone on the land in Berrytown, because it is destroying my Ancestors Dreams. And that

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/03/2026

Signature of Plaintiff

Printed Name of Plaintiff: Samuel Joseph Means

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address